UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| V.<br>**Miguel Angel CRUZ-Marcos** | WARRANT FOR ARREST<br><br>CASE NUMBER:<br>**'08 MJ 8069** |

FILED 08 JAN 30 PM 2:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST __Miguel Angel CRUZ-Marcos__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition
charging him with (brief description of offense)

**Material Witness**

in violation of Title _18_ United States Code, Section _3144_

U.S. MARSHALS SERVICE
EL CENTRO OFFICE
RECEIVED 2008 JAN 25 P 3:09

Peter C. Lewis                           Magistrate Judge Southern District of California
Name of Issuing Officer                  Title of issuing Officer

[signature]                              January 25, 2008 @ El Centro, CA
Signature of Issuing Officer             Date and Location

Bail Fixed at $ _$5,000 P/S + 10%_       by _The Honorable Peter C. Lewis_
                                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

EL CENTRO, CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/25/08 | BPT, AGENT RODRIGUEZ | FOR BPT BY USMS, ELC<br>E. BRAMBILA |
| DATE OF ARREST 01/25/08 | | |